CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 10 2007

JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JEROME MOORE,<br>Petitioner, | ) )<br>) ) | Civil Action No. 7:06CV00515 |
| v. | ) ) ) | **ORDER** |
| TERRY O'BRIEN,<br>Respondent. | ) ) ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that Moore's suit is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

The Petitioner is advised that he may appeal this decision pursuant to Fed. R. App. P. 3 and

4, by filing a notice of appeal with the court within thirty (30) days of the date of entry of this Order,

or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk of Court is directed to strike this matter from the active docket of the court and to

send certified copies of this Order and the accompanying Memorandum Opinion to Petitioner and

to counsel of record for the Respondent.

ENTER: This 10th day of May, 2007.

Hon. Jackson L. Kiser
Senior United States District Judge